# Exhibit D



**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. |

### Parties (Claimant)

| | | | |
|---|---|---|---|
| Name of Claimant: Jeff Battles | | | |
| Address: 4325 W. Cullerton | | | |
| City: Chicago | State: Illinois | Zip Code: 60623 | |
| Phone No.: (312) 288-9192 | Fax No.: | | |
| Email Address: battlesj@prodigy.net | | | |
| Representative's Name (if known): Andrew C. Ficzko | | | |
| Firm (if applicable): Stephan Zouras, LLP | | | |
| Representative's Address: 100 N. Riverside Plaza, Ste. 2150 | | | |
| City: Chicago | State: Illinois | Zip Code: 60606 | |
| Phone No.: (312) 233-1550 | Fax No.: (312) 233-1560 | | |
| Email Address: aficzko@stephanzouras.com & rstephan@stephanzouras.com | | | |

### Parties (Respondent)

| | | |
|---|---|---|
| Name of Respondent: Southwest Airlines Co. | | |
| Address: | | |
| City: | State: Select… | Zip Code: |
| Phone No.: | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Melissa A. Siebert & Bonnie DelGobbo | | |
| Firm (if applicable): Baker & Hostetler, LLP | | |
| Representative's Address: 191 N. Wacker Drive. | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 416-6200 | Fax No.: (312) 416-6201 | |
| Email Address: msiebert@bakerlaw.com & bdelgobbo@bakerlaw.com | | |
| Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000 *Note: This question is required by California law.* | | |
| Amount of Claim: | | |
| Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights | | |

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary:<br>See attached Complaint. |
| Other Relief Sought: ☑ Attorneys Fees  ☐ Interest  ☑ Arbitration Costs  ☐ Punitive/ Exemplary<br>☑ Other:  See attached Complaint. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Experienced in wage and hour disputes. |
| Hearing: Estimated time needed for hearings overall:          hours  or          days |
| Hearing Locale:  Chicago, IL<br>*(check one)* ☑ Requested by Claimant  ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA)<br>Filing by Company:  ☐ $2,200 single arbitrator  ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative):<br>s/ Andrew C. Ficzko | Date:<br>1/9/19 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |

**AMERICAN ARBITRATION ASSOCIATION**®

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. |
|---|

| **Parties (Claimant)** |
|---|
| Name of Claimant: Darrell Crooms |
| Address: 52 18th Ave. South |

| City: Birmingham | State: Alabama | Zip Code: 35205 |
|---|---|---|
| Phone No.: (205) 532-4816 | Fax No.: | |

| Email Address: lildarrin26@gmail.com |
|---|
| Representative's Name (if known): Andrew C. Ficzko |
| Firm (if applicable): Stephan Zouras, LLP |
| Representative's Address: 100 N. Riverside Plaza, Ste. 2150 |

| City: Chicago | State: Illinois | Zip Code: 60606 |
|---|---|---|
| Phone No.: (312) 233-1550 | Fax No.: (312) 233-1560 | |

| Email Address: aficzko@stephanzouras.com & rstephan@stephanzouras.com |
|---|
| **Parties (Respondent)** |
| Name of Respondent: Southwest Airlines Co. |
| Address: |

| City: | State: Select… | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

| Email Address: |
|---|
| Representative's Name (if known): Melissa A. Siebert & Bonnie DelGobbo |
| Firm (if applicable): Baker & Hostetler, LLP |
| Representative's Address: 191 N. Wacker Drive. |

| City: Chicago | State: Illinois | Zip Code: 60606 |
|---|---|---|
| Phone No.: (312) 416-6200 | Fax No.: (312) 416-6201 | |

| Email Address: msiebert@bakerlaw.com & bdelgobbo@bakerlaw.com |
|---|
| Claim: What was/is the employee/worker's annual wage range? ☒ Less than $100,000  ☐ $100,000-$250,000  ☐ Over $250,000
*Note: This question is required by California law.* |
| Amount of Claim:

Claim involves: ☒ Statutorily Protected Rights  ☐ Non-Statutorily Protected Rights |

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary:<br>See attached Complaint. |
| Other Relief Sought: ☒ Attorneys Fees ☐ Interest ☒ Arbitration Costs ☐ Punitive/ Exemplary<br>☒ Other: See attached Complaint. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Experienced in wage and hour disputes. |
| Hearing: Estimated time needed for hearings overall:     hours or     days |
| Hearing Locale: Chicago, IL<br>(check one) ☒ Requested by Claimant ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA)<br>Filing by Company: ☐ $2,200 single arbitrator ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative):<br>s/ Andrew C. Ficzko | Date:<br>1/9/19 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |



**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

| | | |
|---|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. | | |

### Parties (Claimant)

| | | |
|---|---|---|
| Name of Claimant: Stephanie HIll | | |
| Address: 6615 Grand Ave., 1C | | |
| City: Hammond | State: Indiana | Zip Code: 46323 |
| Phone No.: (219) 302-0919 | Fax No.: | |
| Email Address: stephaniehill2017@gmail.com | | |
| Representative's Name (if known): Andrew C. Ficzko | | |
| Firm (if applicable): Stephan Zouras, LLP | | |
| Representative's Address: 100 N. Riverside Plaza, Ste. 2150 | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 233-1550 | Fax No.: (312) 233-1560 | |
| Email Address: aficzko@stephanzouras.com & rstephan@stephanzouras.com | | |

### Parties (Respondent)

| | | |
|---|---|---|
| Name of Respondent: Southwest Airlines Co. | | |
| Address: | | |
| City: | State: Select... | Zip Code: |
| Phone No.: | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Melissa A. Siebert & Bonnie DelGobbo | | |
| Firm (if applicable): Baker & Hostetler, LLP | | |
| Representative's Address: 191 N. Wacker Drive. | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 416-6200 | Fax No.: (312) 416-6201 | |
| Email Address: msiebert@bakerlaw.com & bdelgobbo@bakerlaw.com | | |
| Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000 *Note: This question is required by California law.* | | |
| Amount of Claim: | | |
| Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights | | |

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary:<br>See attached Complaint. |
| Other Relief Sought: ☑ Attorneys Fees ☐ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary<br>☑ Other: See attached Complaint. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Experienced in wage and hour disputes. |
| Hearing: Estimated time needed for hearings overall:     hours  or     days |
| Hearing Locale: Chicago, IL<br>*(check one)* ☑ Requested by Claimant ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA)<br>Filing by Company: ☐ $2,200 single arbitrator ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative):<br>s/ Andrew C. Ficzko | Date:<br>1/9/19 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |

**AMERICAN ARBITRATION ASSOCIATION**®

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

| | | |
|---|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. | | |

**Parties (Claimant)**

| | | |
|---|---|---|
| Name of Claimant: John Lopez | | |
| Address: 12537 S. Keeler Ave. | | |
| City: Alsip | State: Illinois | Zip Code: 60803 |
| Phone No.: (708) 289-9305 | Fax No.: | |
| Email Address: jbl111588@gmail.com | | |
| Representative's Name (if known): Andrew C. Ficzko | | |
| Firm (if applicable): Stephan Zouras, LLP | | |
| Representative's Address: 100 N. Riverside Plaza, Ste. 2150 | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 233-1550 | Fax No.: (312) 233-1560 | |
| Email Address: aficzko@stephanzouras.com & rstephan@stephanzouras.com | | |

**Parties (Respondent)**

| | | |
|---|---|---|
| Name of Respondent: Southwest Airlines Co. | | |
| Address: | | |
| City: | State: Select… | Zip Code: |
| Phone No.: | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Melissa A. Siebert & Bonnie DelGobbo | | |
| Firm (if applicable): Baker & Hostetler, LLP | | |
| Representative's Address: 191 N. Wacker Drive. | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 416-6200 | Fax No.: (312) 416-6201 | |
| Email Address: msiebert@bakerlaw.com & bdelgobbo@bakerlaw.com | | |
| Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000 *Note: This question is required by California law.* | | |
| Amount of Claim: | | |
| Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights | | |

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary:<br>See attached Complaint. |
| Other Relief Sought: ☑ Attorneys Fees ☐ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary<br>☑ Other: See attached Complaint. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Experienced in wage and hour disputes. |
| Hearing: Estimated time needed for hearings overall:       hours  or       days |
| Hearing Locale:  Chicago, IL<br>(check one)  ☑ Requested by Claimant  ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA)<br>Filing by Company:  ☐ $2,200 single arbitrator  ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative):<br>s/ Andrew C. Ficzko | Date:<br>1/9/19 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

| | | |
|---|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. ||| 
| **Parties (Claimant)** |||
| Name of Claimant: Steven Spencer |||
| Address: 14558 Kedvale Ave. |||
| City: Midlothian | State: Illinois | Zip Code: 60445 |
| Phone No.: (847) 890-0659 | Fax No.: ||
| Email Address: showcline@gmail.com |||
| Representative's Name (if known): Andrew C. Ficzko |||
| Firm (if applicable): Stephan Zouras, LLP |||
| Representative's Address: 100 N. Riverside Plaza, Ste. 2150 |||
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 233-1550 | Fax No.: (312) 233-1560 ||
| Email Address: aficzko@stephanzouras.com & rstephan@stephanzouras.com |||
| **Parties (Respondent)** |||
| Name of Respondent: Southwest Airlines Co. |||
| Address: |||
| City: | State: Select… | Zip Code: |
| Phone No.: | Fax No.: ||
| Email Address: |||
| Representative's Name (if known): Melissa A. Siebert & Bonnie Keane DelGobbo |||
| Firm (if applicable): Baker & Hostetler, LLP |||
| Representative's Address: 191 N. Wacker Drive. |||
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 416-6200 | Fax No.: (312) 416-6201 ||
| Email Address: msiebert@bakerlaw.com & bdelgobbo@bakerlaw.com |||
| Claim: What was/is the employee/worker's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000 *Note: This question is required by California law.* |||
| Amount of Claim: |||
| Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights |||

**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary:<br>See attached Complaint. |
| Other Relief Sought: ☒ Attorneys Fees ☐ Interest ☒ Arbitration Costs ☐ Punitive/ Exemplary<br>☒ Other: See attached Complaint. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Experienced in wage and hour disputes. |
| Hearing: Estimated time needed for hearings overall:  hours  or  days |
| Hearing Locale: Chicago, IL<br>*(check one)* ☒ Requested by Claimant ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA)<br>Filing by Company: ☐ $2,200 single arbitrator ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative):<br>s/ Andrew C. Ficzko | Date:<br>1/9/19 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |

**AMERICAN ARBITRATION ASSOCIATION®**

**EMPLOYMENT ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

To ensure your demand is processed promptly, please include a copy of the Arbitration Agreement, Plan or Contract.

| | |
|---|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. | |

### Parties (Claimant)

| | | |
|---|---|---|
| Name of Claimant: Lerome Thomas | | |
| Address: 11550 S. Lafayette Ave. | | |
| City: Chicago | State: Illinois | Zip Code: 60628 |
| Phone No.: (312) 415-4954 | Fax No.: | |
| Email Address: lerome.thomas@gmail.com | | |
| Representative's Name (if known): Andrew C. Ficzko | | |
| Firm (if applicable): Stephan Zouras, LLP | | |
| Representative's Address: 100 N. Riverside Plaza, Ste. 2150 | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 233-1550 | Fax No.: (312) 233-1560 | |
| Email Address: aficzko@stephanzouras.com & rstephan@stephanzouras.com | | |

### Parties (Respondent)

| | | |
|---|---|---|
| Name of Respondent: Southwest Airlines Co. | | |
| Address: | | |
| City: | State: Select… | Zip Code: |
| Phone No.: | Fax No.: | |
| Email Address: | | |
| Representative's Name (if known): Melissa A. Siebert & Bonnie DelGobbo | | |
| Firm (if applicable): Baker & Hostetler, LLP | | |
| Representative's Address: 191 N. Wacker Drive. | | |
| City: Chicago | State: Illinois | Zip Code: 60606 |
| Phone No.: (312) 416-6200 | Fax No.: (312) 416-6201 | |
| Email Address: msiebert@bakerlaw.com & bdelgobbo@bakerlaw.com | | |
| Claim: What was/is the employee/worker's annual wage range? ☒ Less than $100,000  ☐ $100,000-$250,000  ☐ Over $250,000 *Note: This question is required by California law.* | | |
| Amount of Claim: | | |
| Claim involves:  ☒ Statutorily Protected Rights  ☐ Non-Statutorily Protected Rights | | |

**American Arbitration Association®**

**EMPLOYMENT ARBITRATION RULES
DEMAND FOR ARBITRATION**

| |
|---|
| In detail, please describe the nature of each claim. You may attach additional pages if necessary:<br>See attached Complaint. |
| Other Relief Sought: ☑ Attorneys Fees ☐ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary<br>☑ Other: See attached Complaint. |
| Please describe the qualifications for arbitrator(s) to hear this dispute:<br>Experienced in wage and hour disputes. |
| Hearing: Estimated time needed for hearings overall:        hours  or        days |
| Hearing Locale: Chicago, IL<br>(check one) ☑ Requested by Claimant ☐ Locale provision included in the contract |
| Filing Fee requirement or $300 (max amount per AAA)<br>Filing by Company: ☐ $2,200 single arbitrator ☐ $2,800 three arbitrator panel |
| Notice: To begin proceedings, **please send a copy of this Demand and the Arbitration Agreement, along with filing fee as provided for in the Rules,** to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent. |

| Signature (may be signed by a representative):<br>s/ Andrew C. Ficzko | Date:<br>1/9/19 |
|---|---|

| |
|---|
| Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-800-778-7879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185. Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879. |