IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Saxon, <br><br> Plaintiff(s), <br><br> v. <br><br> Southwest Airlines Co. , <br><br> Defendant(s). | Case No. 19-cv-403 <br> Judge Robert M. Dow |

## **ORDER**

Motion hearing held. Motion to dismiss or stay in favor of arbitration [13] is entered and continued. Motion to take discovery is due 5/8/2019; response due 5/22/2019; reply due 5/29/2019.

:05

Date: 4/17/2019                                                   /s/ Judge Dow