# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **LATRICE SAXON, Individually, and on Behalf of All Others Similarly Situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **Case No. 1:19-cv-00403** |
| **SOUTHWEST AIRLINES CO.,** ) ) ) | |
| **Defendant.** ) | |

## DECLARATION OF LATRICE SAXON

I, Latrice Saxon, hereby declare under the penalty of perjury pursuant to 28 U.S.C. §1746

that the following is true and correct:

1. I am over the age of 21, competent to testify, and if called to testify would do so consistent with all matters set forth herein.

2. I began working for Southwest Airlines, Co. ("Southwest") at its Chicago Midway location on or around August 2015. I was originally hired as a Ramp Agent.

3. As a Ramp Agent, my duties were to load and unload freight and cargo onto and/or off of Southwest's planes as well as to direct planes in and out of loading locations. On a daily basis, Ramp Agents, including myself, would load various goods and cargo that are shipped across the country including, but not limited to, passenger luggage, various foods and beverage products, various electronics, computers, fish, parts for machines, and many other goods that are circulated throughout the country. These material goods are loaded each day into the majority (*i.e.*, approximately 50%-60%) of Southwest planes in the cargo storage area.

4. I was promoted to Ramp Supervisor on or around November 2016. As a Ramp Supervisor, I am responsible for directing and supervising the Ramp Agents to ensure the planes are timely and efficiently loaded and unloaded with the goods and cargo. In addition to supervising the Ramp Agents, Ramp Supervisors, including myself, would need to step into the shoes of the Ramp Agents, multiple times each week, and perform the Ramp Agents' duties of loading and unloading the goods and cargo from Southwest planes.

5. As a Ramp Supervisor, I estimate that I fill-in for Ramp Agents at least three out of the five days each week I work. Performing Ramp Agents' duties is a significant part of my role as a Ramp Supervisor: each time I fill-in, I spend the entire day performing the same work as Ramp Agents and working alongside them. I am also aware that other Ramp Supervisors fill-in for Ramp Agents as well, performing Ramp Agents' duties, because I witness this on a daily basis at work.

6. Ramp Supervisors and Ramp Agents load goods that are shipped across the United States onto the same Southwest planes that carry travelers and their luggage.

7. I know that goods are constantly shipped on Southwest's planes because I review gate leave reports generated for each flight that I am loading and unloading goods and cargo. Gate leave reports detail all of the goods and luggage that need to be loaded and unloaded from planes.

8. My supervisory role over Ramp Agents directly affects the amount of goods carried across the country and the efficiency of Southwest's ability to ship goods in commerce. Ramp Supervisors are responsible for ensuring the efficient and continuing operations of Southwest's planes and for ensuring that Ramp Agents fulfill their duties of loading and unloading the plane of goods and cargo.

Dated: 7/30/2019 _____

DocuSigned by:

_____ _____
EA08C37629074B6...
Latrice Saxon