IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Latrice Saxon,

Plaintiff(s),

v.

Southwest Airlines Co.,

Defendant(s).

Case No. 19-cv-00403
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Southwest Airlines Co.
and against plaintiff(s) Latrice Saxon.   Defendant Southwest Airline's motion to dismiss for improper venue, arguing that Plaintiff's case must be arbitrated [13] is granted.
.
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion to dismiss for improper venue.

Date:  10/8/2019

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk