# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LATRICE SAXON, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:19-cv-00403 |
| SOUTHWEST AIRLINES CO., | ) ) |
| Defendant. | ) ) ) |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Latrice Saxon, hereby appeals from the Court's order of dismissal (Dkt. 30) and judgment entered on October 8, 2019 (Dkt. 31).

Dated: November 5, 2019

Respectfully Submitted,

*/s/ Andrew C. Ficzko*
One of the Attorneys for Plaintiff

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
(312) 233-1550
aficzko@stephanzouras.com

1

## CERTIFICATE OF SERVICE

  I, the attorney, hereby certify that on November 5, 2019, I filed the attached with the Clerk of the Court using the ECF system, which will send such filing to all attorneys of record.

                     */s/ Andrew C. Ficzko*