UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Latrice Saxon
                Plaintiff,

v.                                   Case No.: 1:19−cv−00403
                                        Honorable Sharon Johnson Coleman

Southwest Airlines Co.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 17, 2023:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Oral arguments held as to defendant's renewed motion to compel arbitration [70], defendant's renewed motion to strike collective action allegations [72], and plaintiff's renewed motion to equitably toll the statute of limitations for all putative members of the FSLA collective action [78]. The matters are taken under advisement and the Court will issue a ruling by mail. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.