

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Melissa A. Siebert

Firm   Cozen O'Connor

Street Address   123 N. Wacker Dr., 18th Floor

City/State/Zip Code   Chicago, IL  60606

Phone Number   (312) 382-3100

Email address   msiebert@cozen.com

ARDC (Illinois State Bar members, only)   6210154

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cv-00382 | Cothron v. White Castle System | Hon. John Tharp, Jr. |
| 1:19-cv-00403 | Saxon v. Southwest Airlines | Hon. Sharon Coleman |
| 1:19-cv-07183 | Nordstrom v. Dial Senior Management | Hon. John Kness |
| 1:20-cv-00390 | Fluery v. Union Pacific Railroad | Hon. Jorge Alonso |
| 1:20-cv-07015 | Ibarra v. Prospera, LLC, et al. | Hon. Jorge Alonso |
| 1:20-cv-07146 | Kyles v. Hoosier Papa LLC | Hon. John Tharp, Jr. |

See following page for additional cases.

/s/ Melissa A. Siebert                                    March 8, 2023
_____          _____
Signature of Attorney                                      Date

**ADDITIONAL CASES**

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 1:21-cv-00233 | Hilliard v. Panera, LLC | Hon. John Tharp |
| 1:21-cv-02404 | Morris v. Nextep Systems, Inc. | Hon. Steven Seeger |
| 1:21-cv-03976 | Mata v. Deslauriers, Inc. | Hon. Lindsay Jenkins |
| 1:21-cv-04409 | Trio v. Turing Video, Inc. | Hon. John Blakey |
| 1:21-cv-05427 | Cavanaugh v. Lytx, Inc. | Hon. Edmond Change |
| 1:22-cv-02079 | Hoffower v. Seamless Contacts Inc. | Hon. Matthew Kennelly |
| 1:22-cv-05068 | Timmons v. Lytx, Inc., et al. | Hon. Sara Ellis |
| 1:22-cv-06541 | Robinson et al. v. Lake Ventures LLC dba Fresh Thyme Market | Hon. Nancy Maldonado |
| 1:22-cv-07106 | Najera et al v. PlanetArt, LLC | Hon. Manish Shah |
| 1:22-cv-07169 | Greenwood v. Five Guys Operations, LLC | Hon. Ronald Guzman |
| 1:23-cv-01325 | Hodges v. Sutton Transport, Inc. | Hon. Mary Rowland |