

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Erin Bolan Hines

Firm  Cozen O'Connor

Street Address  123 N. Wacker Dr., 18th Floor

City/State/Zip Code  Chicago, IL  60606

Phone Number  (312) 382-3100

Email address  ebolanhines@cozen.com

ARDC (Illinois State Bar members, only)  6255649

If you have previously filed an appearance with this court using a different name, enter that name.


List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:19-cv-00382 | Cothron v. White Castle System | Hon. John Tharp, Jr. |
| 1:19-cv-00403 | Saxon v. Southwest Airlines | Hon. Sharon Coleman |
| 1:20-cv-07015 | Ibarra v. Prospera, LLC, et al. | Hon. Jorge Alonso |
| 1:20-cv-07146 | Kyles v. Hoosier Papa LLC | Hon. John Tharp, Jr. |
| 1:21-cv-00233 | Hilliard v. Panera, LLC | Hon. John Tharp |
| 1:21-cv-04409 | Trio v. Turing Video, Inc. | Hon. John Blakey |

/s/ Erin Bolan Hines
_____
Signature of Attorney

March 8, 2023
_____
Date

Rev. 01272016

**ADDITIONAL CASES**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:22-cv-03839 | Woods v. American General Life Insurance Company | Hon. Marvin Aspen |
| 1:22-cv-05069 | Davis, et al. v. e.l.f. Cosmetics, Inc. | Hon. Martha Pacold |
| 1:22-cv-05406 | Williams v. S&W Chicago, L.L.C. | Hon. Steven Seeger |
| 1:22-cv-06455 | Bell et al. v. Petco Animal Supplies Stores, Inc. | Hon. Manish Shah |
| 1:22-cv-07169 | Greenwood v. Five Guys Operations, LLC | Hon. Ronald Guzman |
| 1:23-cv-00791 | King v. Snak-King LLC et al. | Hon. John Tharp |