# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LATRICE SAXON, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SOUTHWEST AIRLINES CO.,**<br><br>**Defendant.** | No. 19-cv-00403 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **May 1, 2023 at 10:00 am**, I shall appear before the Honorable Judge Sharon Johnson Coleman in Courtroom 1241 of the courthouse for the United States District Court for the Northern District of Illinois located at 219 South Dearborn Street, Chicago, Illinois 60604, and present **PLAINTIFF LATRICE SAXON'S MOTION AND MEMORANDUM TO AMEND RULING TO CERTIFY QUESTION FOR APPEAL.**

Date: April 7, 2023

                                                      Respectfully Submitted,

                                                      */s/ Andrew C. Ficzko*
                                                      Ryan F. Stephan
                                                      James B. Zouras
                                                      Andrew C. Ficzko
                                                      **STEPHAN ZOURAS, LLP**
                                                      222 W. Adams St
                                                      Suite 2020
                                                      Chicago, Illinois 60606
                                                      312.233.1550
                                                      312.233.1560 *f*
                                                      rstephan@stephanzouras.com
                                                      jzouras@stephanzouras.com
                                                      aficzko@stephanzouras.com

                                                      **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 7, 2023, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Andrew C. Ficzko*